## IN THE UNTED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:19 CV 257

| | | |
|---|---|---|
| PEGGY J. EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| METROPOLITAN PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the parties' certification of initial attorneys' conference and discovery plan ("IAC") filed on September 26, 2019. (Doc. 9).

On September 5, 2019, Defendant filed a motion for judgment on the pleadings. (Doc. 3). Plaintiff's response is due on or before October 3, 2019.

The Court finds that it would be more efficient if Defendant's motion were addressed prior to the beginning of the formal discovery period.

Accordingly, the parties' IAC and the entry of a case management plan are **HELD IN ABEYANCE** pending the resolution of Defendant's Rule 12(c) motion.

Signed: October 1, 2019

W. Carleton Metcalf
United States Magistrate Judge